# EXHIBIT A

| Family name | | Given name | | Initial | Soundex |
|---|---|---|---|---|---|
| GRUEV | | DAMJAN | | | G-610 |

Home address and name of relative or friend residing there

MARKSOVA BR 161211    VELES

Address in the U.S.

1050 CARIBBEAN WAY MIAMI,    33132

Date and place of birth

10/05/1978 SKOPJE

| Hair | Eyes | Height | Weight | Sex |
|---|---|---|---|---|
| BRN | BRN | 5'8" | 150 lbs | M |

A# No.

Action by Immigration Officer

Passport (No. and Nationality)
1238283    FYROM

ST THOMAS USVI    U-2

DATE 12/10/99

Arrived by LIBERIAN M/V HORIZON 9341

YOU ARE REQUIRED TO DEPART FROM

U S AT THE PORT OF MIA

VIA NG 9221

ON OR BEFORE 12/13/99

CHA    DEC 10 1999    84

U.S. Immigration Officer

OMB No 1115-0040

Seminole Form I-95A-O (Rev. 10-1-84)Y
CREWMAN'S LANDING PERMIT



ANY HANDWRITTEN ENTRIES MUST BE IN BLOCK CAPITAL LETTERS

| DATE OF ARRIVAL | PLACE OF ARRIVAL | SIGNATURE OF IMMIGRATION OFFICER |
|---|---|---|
| | | |

U.S. DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION
SERVICE

Completion of this form is mandatory pursuant to 8 U.S.C. 1281. Data is used by USINS for alien crewman control

By accepting this conditional permit to land the holder agrees to all the conditions incident to the issuance thereof, and to deportation from the United States in accordance with the provisions of section 252(b) of the Immigration and Nationality Act.

# EXHIBIT B

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
Immigration and Customs Enforcement
50 West Broad St Rm 306
Columbus, OH 43215

NOTICE OF INTENT TO DEPORT FOR VIOLATING THE TERMS OF YOUR ADMISSION UNDER
SECTION 252(a)(2) OF THE IMMIGRATION AND NATIONALITY ACT

To:  Damjan GRUEV                                          FILE No.  A89 040 945
          (NAME)
     1122 Wimbeldon Blvd.
     Columbus, OH 43228
               (ADDRESS)

Immigration and Customs Enforcement has determined that you entered the United
States pursuant to Section 101(a)(15)(d) of the Immigration and Nationality Act.
Accordingly, you executed a Form I-94, Nonimmigrant Arrival/Departure Form, which
allowed you to conditionally land as a crew member awaiting a vessel.

Immigration and Customs Enforcement has determined that you have violated the
terms of your admission and is revoking your status under section 252(b)of the
Immigration and Nationality Act on the grounds that:

You have not joined your vessel.
In that you have not departed the United States by December 13, 1999.

Accordingly, the United States Bureau of Immigration and Customs Enforcement has
entered an order that you be deported and removed from the United States.

Signature: _____

    Title:  Deportation Officer

    Date:  April 29,2009

Location:  Columbus, OH

## Certificate of Service

Served by me at _____ DRO/CLM _____ on  May 29, 2009  at _____ 1200

_____          Deportation Officer
(Signature of Officer serving form)        (Title of Officer serving form)

# EXHIBIT C

**UNITED STATES OF AMERICA
DEPARTMENT OF HOMELAND SECURITY
Immigration and Customs Enforcement**

## ORDER OF DEPORTATION
Section 252(b)

**TO:**  Damjan GRUEV, A89 040 945

Having determined that:

1)  You are neither a citizen nor a national of the United States and;

2)  You were admitted to the United States on December 10, 1999 at <u>Miami, FL</u> as a crewman and authorized to remain until December 13, 1999; and

3)  You have violated the conditions of that admission in that:

You did not join the intended vessel or depart the United States by December 13, 1999.

By virtue of the authority vested in the Attorney General of the United States, and in me as his delegate, by the laws of the United States,

I HEREBY ORDER that you be deported from the United States of America.

_____          <u>April 29, 2009</u>
(Signature)                                                   (Date)

<u>Paul Brower, SDDO</u>                          <u>Columbus, OH</u>

(Name and Title)                                   (Place)